IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RIGOBERTO GARCIA,

      Appellant,

 v.                                                                      Case No.  5D16-3270

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed March 31, 2017

3.850 Appeal from the Circuit
Court for Volusia County,
Raul A. Zambrano, Judge.

Rigoberto Garcia, Bonifay, pro se

John S. Zaleskie, Jr., Assistant Regional
Counsel, Office of Criminal Conflict &
Civil Regional Counsel, Casselberry,
for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Marjorie Vincent-Tripp,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

     We affirm the final order denying Appellant's Florida Rule of Criminal Procedure

3.850 amended motion for postconviction relief filed in circuit court Case No.

2012- 000451-CFAWS, but we do so without prejudice to Appellant seeking

postconviction relief in circuit court Case Nos. 2012-002927-CFAWS, 2012-000312-CFAWS, 2012-002998-CFAWS, 2012-002945-CFAWS, 2012-002973-CFAWS, and 2012-002936-CFAWS, if he can do so in good faith.

AFFIRMED.

SAWAYA, PALMER, and LAMBERT, JJ., concur.